UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH JASON MINJACK, | No. 2:13-cv-1456 CKD P |
| Plaintiff, | |
| v. | ORDER |
| SOLANO COUNTY SHERIFF, | |
| Defendant. | |

Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. Plaintiff has consented to have all matters in this action before a United States Magistrate Judge. See 28 U.S.C. § 636(c). On August 12, 2013, plaintiff's complaint was dismissed with leave to amend. The time for amending has expired and plaintiff has not responded to the court's August 12, 2013 order. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: October 9, 2013

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
minj1456.fta